**Order entered August 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00503-CV

**GWENDOLYN GABRIEL, Appellant**

**V.**

**MERRY OUTLAW, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02456**

## ORDER

Before the Court is appellee's unopposed motion for extension of time to file brief.  We

**GRANT** the motion to the extent we **ORDER** the brief be filed no later than September 4, 2018.

/s/      DAVID EVANS
JUSTICE